571 A.2d 1304

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. RORY SCOTT, DEFENDANT–RESPONDENT.

Argued January 30, 1990—Decided April 9, 1990.

*Steven J. Kaflowitz,* Assistant Prosecutor, argued the cause for appellant (*John H. Stamler,* Union County Prosecutor, attorney).

*William J. McCarthy* argued the cause for respondent.

*Jessica S. Oppenheim,* Deputy Attorney General, argued the cause for *amicus curiae* Attorney General of New Jersey (*Robert J. Del Tufo,* Attorney General, attorney).

PER CURIAM.

The judgment of the Appellate Division is reversed substantially for the reasons expressed in Judge Ashbey's concurring and dissenting opinion, reported at 231 *N.J.Super.* at 269, 555 *A.*2d 667 (1989).

CLIFFORD, J., dissenting.

I would affirm the judgment of the Appellate Division substantially for the reasons expressed in Judge Brody's opinion, reported at 231 *N.J.Super.* 258, 555 *A.*2d 667 (1989).

*For reversal*—Chief Justice WILENTZ and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—6.

*For affirmance*—Justice CLIFFORD—1.